# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 4:20cr129-1-3 |
| ) | |
| AGIM CERMA ) | |
| EDWIN DURLANDY MONTILLA GONZALEZ | |

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28, United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS ORDERED, that Davor Zidovec, a certified or otherwise competent interpreter, is designated to serve as interpreter in this case. Compensation shall be paid by the government at the rate of $418.00 per day, with a minimum of one-half day's compensation of $226.00 to be paid for each appearance.

Any claim for overtime shall be paid at the rate of $59.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U. S. Probation Office shall be made on Form AO 322. Claim for compensation for assisting court-appointed counsel, other than in-court proceedings and assisting the U. S. Probation Office, shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. Claims for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. These forms are available at https://www.gasd.uscourts.gov/criminal-forms.

SO ORDERED, this 28th day of September, 2022.

_____
CHRISTOPHER L. RAY
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA