UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 4:20-CR-129 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| AGIM CERMA, ET AL. | ) | |

## ORDER

Application for leave of absence has been requested by Marcela C. Mateo, Assistant United States Attorney, for March 27, 2024; April 12, 2024; May 28, 2024, through May 31, 2024; June 14, 2024; June 20, 2024, through June 21, 2024; and August 26, 2024, through September 6, 2024.

The above and foregoing request for leave of absence is **GRANTED**. In counsel's absence, a substitute Assistant United States Attorney may appear in her stead.

So ORDERED this 12th day of March 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA